

RECEIVED

MAY - 9 2008

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST LOUIS

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| SHEN WANG ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| Cable News Network, Inc., ) | Case No. 4:08-cv-00548-CDP |
| ) | |
| Serve at: ) | |
| ) | |
| Chief Executive Officer ) | |
| Cable News Network, Inc. ) | |
| One CNN Center ) | |
| Atlanta, GA 30303 ) | |
| ) | |
| Defendant. ) | |

## 1st AMENDED COMPLAINT

COMES NOW plaintiff, Shen Wang, and for his complaint against Defendant, Cable News Network, Inc. ("CNN"), states:

## THE PARTIES

1. Plaintiff, a Chinese citizen, is a resident of Missouri at 624 Waterford Ridge Court, St. Louis, Missouri 63021.

2. Plaintiff was originally from Beijing, China and he is a full time employee at AT&T and is also a part time student at Washington University in Saint Louis.

3. Plaintiff is a sports fan and is very proud that his hometown, Beijing, will host 2008 Summer Olympic Game.

4. Defendant, CNN, is a corporation organized and existing under the laws of Deleware, having a principal place of business located at One CNN Center, Atlanta, Gorgia 30303.

5. CNN is in the business of broadcasting news and provides services to Missouri viewers.

## JURISDICTION AND VENUE

6. This is an action for damages alleging violations of the United States Constitution pursuant to 42 U.S.C. §§ 1981 and 2000a.

7. This Court has subject matter jurisdiction over this cause of action pursuant to 28 U.S.C. §§ 1331, 1343 and 1367.

8. Venue is proper in this district pursuant to 28 U.S.C. § 1391.

## BACKGROUND FACTS

9. CNN provides news coverage either through paid television network or www.cnn.com on Internet which viewers have to follow CNN Interactive Service Agreement ("Service Agreement"). See Exhibit A.

10. On and about April 9, 2008, CNN covered Olympic torch relay held in San Francisco, California. The CNN's coverage primarily concentrated on the activities that were anti-China and anti- Beijing Olympics, even though many more activities were pro- China and pro- Beijing Olympics.

11. On April 9, 2008, CNN commentator Jack Cafferty called Chinese as a "bunch of goons and thugs" on CNN's political programme, The Situation Room.

2

12. In addition, Jack Cafferty also described Chinese products as "junk" on the CNN's April 9 programme.

13. CNN acknowledged later in a statement that Jack Cafferty's comments were to "provide robust opinions that generate debate".

14. Plaintiff watched CNN's television program containing Jack Cafferty's said comments, both on television and through Internet at www.cnn.com.

15. Plaintiff was depressed when watching the said CNN program and felt he lost standing in front of co-workers and classmates by Jack Cafferty's comments regarding China.

16. Plaintiff has been further suffered mentally at the time by worrying that, as a Chinese, he will be treated differently in both work and school when people think Chinese are "thugs" and Chinese products are "junk".

## COUNT I

### RACIAL DISCRIMINATION

17. Plaintiff realleges and hereby incorporates by reference the allegations set forth in the preceding paragraphs as if fully set forth herein.

18. Because CNN is either paid to provide television programs or under the Service Agreement to provide the contents of those television programs through www.cnn.com, CNN is under contract to provide television programs to its viewers. CNN opens to public, CNN is a public accommodation.

19. CNN acknowledged that Jack Cafferty's comments were to "provide robust opinions that generate debate". CNN had the knowledge and participated in Jack

3

Cafferty's activities. It is against the race of Chinese when Jack Cafferty called Chinese as a "bunch of goons and thugs". Plaintiff was denied the enjoyment of CNN TV program and was injured because he is a Chinese. CNN discriminately denies Chinese to enjoy its program and hurts Chinese by providing racial discrimination comments. Therefore, CNN discriminates against Chinese based upon race under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 1981 and 2000a.

WHEREFORE, Plaintiff respectfully requests this Court to enter its judgment declaring that the Jack Cafferty's comments made in CNN's television program regarding Chinese are racial discrimination and enjoining CNN from employing him as a commentator.

## COUNT II

### NATIONAL ORIGIN DISCRIMINATION

20. Plaintiff realleges and hereby incorporates by reference the allegations set forth in the preceding paragraphs as if fully set forth herein.

21. In addition to "goons and thugs" comments, CNN acknowledged and participated in Jack Cafferty's description of Chinese products as "junk". CNN also ignored the thousands of people's support for Beijing Olympics in its coverage for the San Francisco Olympic torch relay. CNN is biasing to China originated products and pro-China activities. Plaintiff, as a Chinese originated from China, was denied the enjoyment of CNN's TV program and was injured. Thus CNN discriminates against the China originated viewer by denying the enjoyment of CNN's goods and services. CNN commits

4

country origin discrimination under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 1981 and 2000a.

WHEREFORE, Plaintiff respectfully requests this Court to enter its judgment declaring that Jack Cafferty's comments made in CNN news programs regarding Chinese products are national origin discrimination and enjoining CNN from employing him as a commentator.

## COUNT III

### CNN IS LIABLE TO PLAINTIFF'S MENTAL SUFFERING UNDER THE DOCTRINE OF STRICT PRODUCTS LIABILITY

22. Plaintiff realleges and hereby incorporates by reference the allegations set forth in the preceding paragraphs as if fully set forth herein.

23. CNN's products – the commentary made by Jack Cafferty caused mental harm and suffering to Plaintiff. The injury was caused by the race and national origin discrimination comments at the time when CNN's television program was watched. And Plaintiff could not avoid the injury because he did not know CNN's commentary would have been like this. Therefore CNN is liable for his injury under the doctrine of strict products liability.

WHEREFORE, Plaintiff respectfully requests this Court to enter its judgment forcing that CNN makes an unconditional apology to Plaintiff with respects to the comments made by Jack Cafferty in its television program regarding Chinese, China and Chinese products.

## COUNT IV

## JACK CAFFERTY'S COMMENTS ARE DEFAMATORY AND LIBEL ACTIONS UNDER MISSOURI DEFAMATION LAW

24. Plaintiff realleges and hereby incorporates by reference the allegations set forth in the preceding paragraphs as if fully set forth herein.

25. CNN acknowledged that Jack Cafferty's comments were to "provide robust opinions that generate debate". CNN encouraged Jack Cafferty to make race and national origin discrimination comments. Therefore, CNN has actual malice for Jack Cafferty to make comments.

26. Plaintiff alleges that Jack Cafferty's comments made in the CNN's television program regarding China, Chinese and Chinese products are defamatory.

WHEREFORE, Plaintiff respectfully requests this Court to enter its judgment declaring Jack Cafferty's comments regarding Chinese, China and Chinese products are defamatory and forcing that CNN makes an unconditional apology to Plaintiff with respects to Jack Cafferty's said comments.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests this Court to enter a judgment:

1. Declaring that Jack Cafferty's comments made in the CNN television program regarding Chinese are racial discrimination;

2. Declaring that Jack Cafferty's comments made in the CNN television program regarding Chinese products are national origin discrimination;

6

3. Enjoining CNN from employing Jack Cafferty as a commentator;

4. Forcing that CNN makes an unconditional apology to Plaintiff with respects to Jack Cafferty's comments made in the CNN television program regarding Chinese and Chinese products;

5. Declaring Jack Cafferty's comments made in the CNN television program regarding Chinese and Chinese products are defamatory;

6. Awarding Plaintiff its costs and attorney's fees incurred in conjunction with this suit; and

7. Awarding Plaintiff any other relief that this Court deems just and proper.

Respectfully Submitted,

By: *[signature]*

Shen Wang
624 Waterford Ridge CT.
St. Louis, MO 63021
(636)236-5390
Email: sw9442@yahoo.com
FAX: (636)527-0357

## Certificate of Service

I hereby certify that a copy of the foregoing was mailed

to <u>Cable News Network, Inc</u> at <u>Chief Executive Officer</u>
    (Opposing Party or Counsel)

<u>Cable News Network, Inc</u>

<u>One CNN Center, ~~Atlanta~~ Atlanta, GA 30303</u>
    (Address)

on <u>May 9</u>, 20<u>08</u>
  (Date)

_____
(Your Signature)

## EXHIBIT A

# CNN INTERACTIVE SERVICE AGREEMENT

**1. Definitions.**
"CNN Interactive" is the interactive on-line service operated by Cable News Network LP, LLLP ("CNN") on the World Wide Web of the Internet, consisting of information services and content provided by CNN, affiliates of CNN and other third parties. "Subscriber" means each person who establishes or accesses a connection ("Account") for access to and use of CNN Interactive.

**2. General.**

(A) This Agreement, which incorporates by reference other provisions applicable to use of CNN Interactive, including, but not limited to, supplemental terms and conditions set forth in paragraph 14 hereof ("Supplemental Terms") governing the use of certain specific material contained in CNN Interactive, sets forth the terms and conditions that apply to use of CNN Interactive by Subscriber. By using CNN Interactive (other than to read this Agreement for the first time), Subscriber agrees to comply with all of the terms and conditions hereof. The right to use CNN Interactive is personal to Subscriber and is not transferable to any other person or entity. Subscriber is responsible for all use of Subscriber's Account (under any screen name or password) and for ensuring that all use of Subscriber's Account complies fully with the provisions of this Agreement. Subscriber shall be responsible for protecting the confidentiality of Subscriber's password(s), if any.

(B) CNN shall have the right at any time to change or discontinue any aspect or feature of CNN Interactive, including, but not limited to, content, hours of availability, and equipment needed for access or use.

**3. Changed Terms.**
CNN shall have the right at any time to change or modify the terms and conditions applicable to Subscriber's use of CNN Interactive, or any part thereof, or to impose new conditions, including, but not limited to, adding fees and charges for use. Such changes, modifications, additions or deletions shall be effective immediately upon notice thereof, which may be given by means including, but not limited to, posting on CNN Interactive, or by electronic or conventional mail, or by any other means by which Subscriber obtains notice thereof. Any use of CNN Interactive by Subscriber after such notice shall be deemed to constitute acceptance by Subscriber of such changes, modifications or additions.

**4. Equipment.**
Subscriber shall be responsible for obtaining and maintaining all telephone, computer hardware and other equipment needed for access to and use of CNN Interactive and all charges related thereto.

**5. Subscriber Conduct.**

(A) Subscriber shall use CNN Interactive for lawful purposes only. Subscriber shall not post or transmit through CNN Interactive any material which violates or infringes in any way upon the rights of others, which is unlawful, threatening, abusive, defamatory, invasive of privacy or publicity rights, vulgar, obscene, profane or otherwise objectionable, which encourages conduct that would constitute a criminal offense, give rise to civil liability or otherwise violate any law, or which, without CNN's express prior approval, contains advertising or any solicitation with respect to products or services. Any conduct by a Subscriber that in CNN's discretion restricts or inhibits any other Subscriber from using or enjoying CNN Interactive will not be permitted. Subscriber shall not use CNN Interactive to advertise or perform any commercial solicitation, including, but not limited to, the solicitation of users to become subscribers of other on-line information services competitive with CNN Interactive.

(B) CNN Interactive contains copyrighted material, trademarks and other proprietary information, including, but not limited to, text, software, photos, video, graphics, music and sound, and the entire contents of CNN Interactive are copyrighted as a collective work under the United States copyright laws. CNN owns a copyright in the selection, coordination, arrangement and enhancement of such content, as well as in the content original to it. Subscriber may not modify, publish, transmit, participate in the transfer or sale, create derivative works, or in any way exploit, any of the content, in whole or in part. Subscriber may download copyrighted material for Subscriber's personal use only. Except as otherwise expressly permitted under copyright law, no copying, redistribution, retransmission, publication or commercial exploitation of downloaded material will be permitted without the express permission of CNN and the copyright owner. In the event of any permitted copying, redistribution or publication of copyrighted material, no changes in or deletion of author attribution, trademark legend or copyright notice shall be made. Subscriber acknowledges that it does not acquire any ownership rights by downloading copyrighted material.

(C) Subscriber shall not upload, post or otherwise make available on CNN Interactive any material protected by copyright, trademark or other proprietary right without the express permission of the owner of the copyright, trademark or other proprietary right and the burden of determining that any material is not protected by copyright rests with Subscriber. Subscriber shall be solely liable for any damage resulting from any infringement of copyrights, proprietary rights, or any other harm resulting from such a submission. By submitting material to any public area of CNN Interactive, Subscriber automatically grants, or warrants that the owner of such material has expressly granted CNN the royalty-free, perpetual, irrevocable, non-exclusive right and license to use, reproduce, modify, adapt, publish, translate and distribute such material (in whole or in part) worldwide and/or to incorporate it in other works in any form, media or technology now known or hereafter developed for the full term of any copyright that may exist in such material. Subscriber also permits any other Subscriber to access, view, store or reproduce the material for that Subscriber's personal use. Subscriber hereby grants CNN the right to edit, copy, publish and distribute any material made available on CNN Interactive by Subscriber.

(D) The foregoing provisions of Section 5 are for the benefit of CNN, its subsidiaries, affiliates and its third party content providers and licensors and each shall have the right to assert and enforce such provisions directly or on its own behalf.

**6. Disclaimer of Warranty; Limitation of Liability.**

(A) SUBSCRIBER EXPRESSLY AGREES THAT USE OF CNN INTERACTIVE IS AT SUBSCRIBER'S SOLE RISK. NEITHER CNN, ITS AFFILIATES NOR ANY OF THEIR RESPECTIVE EMPLOYEES, AGENTS, THIRD PARTY CONTENT PROVIDERS OR LICENSORS WARRANT THAT CNN INTERACTIVE WILL BE UNINTERRUPTED OR ERROR FREE; NOR DO THEY MAKE ANY WARRANTY AS TO THE RESULTS THAT MAY BE OBTAINED FROM USE OF CNN INTERACTIVE, OR AS TO THE ACCURACY, RELIABILITY OR CONTENT OF ANY INFORMATION, SERVICE, OR MERCHANDISE PROVIDED THROUGH CNN INTERACTIVE.

(B) CNN INTERACTIVE IS PROVIDED ON AN "AS IS" BASIS WITHOUT WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, WARRANTIES OF TITLE OR IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, OTHER THAN THOSE WARRANTIES WHICH ARE IMPLIED BY AND INCAPABLE OF EXCLUSION, RESTRICTION OR MODIFICATION UNDER THE LAWS APPLICABLE TO THIS AGREEMENT.

(C) THIS DISCLAIMER OF LIABILITY APPLIES TO ANY DAMAGES OR INJURY CAUSED BY ANY FAILURE OF PERFORMANCE, ERROR, OMISSION, INTERRUPTION, DELETION, DEFECT, DELAY IN OPERATION OR TRANSMISSION, COMPUTER VIRUS, COMMUNICATION LINE FAILURE, THEFT OR DESTRUCTION OR UNAUTHORIZED ACCESS TO, ALTERATION OF, OR USE OF RECORD, WHETHER FOR BREACH OF CONTRACT, TORTIOUS BEHAVIOR, NEGLIGENCE, OR UNDER ANY OTHER CAUSE OF ACTION. SUBSCRIBER SPECIFICALLY ACKNOWLEDGES THAT CNN IS NOT LIABLE FOR THE DEFAMATORY, OFFENSIVE OR ILLEGAL CONDUCT OF OTHER SUBSCRIBERS OR THIRD-PARTIES AND THAT THE RISK OF INJURY FROM THE FOREGOING RESTS ENTIRELY WITH SUBSCRIBER.

(D) IN NO EVENT WILL CNN, OR ANY PERSON OR ENTITY INVOLVED IN CREATING, PRODUCING OR DISTRIBUTING CNN INTERACTIVE OR THE CNN INTERACTIVE SOFTWARE, BE LIABLE FOR ANY DAMAGES, INCLUDING, WITHOUT LIMITATION, DIRECT, INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES ARISING OUT OF THE USE OF OR INABILITY TO USE CNN INTERACTIVE. SUBSCRIBER HEREBY ACKNOWLEDGES THAT THE PROVISIONS OF THIS SECTION SHALL APPLY TO ALL CONTENT ON CNN INTERACTIVE.

(E) IN ADDITION TO THE TERMS SET FORTH ABOVE NEITHER, CNN, NOR ITS AFFILIATES, INFORMATION PROVIDERS OR CONTENT PARTNERS SHALL BE LIABLE REGARDLESS OF THE CAUSE OR DURATION, FOR ANY ERRORS, INACCURACIES, OMISSIONS, OR OTHER DEFECTS IN, OR UNTIMELINESS OR UNAUTHENTICITY OF, THE INFORMATION CONTAINED WITHIN CNN INTERACTIVE, OR FOR ANY DELAY OR INTERRUPTION IN THE TRANSMISSION THEREOF TO THE USER, OR FOR ANY CLAIMS OR LOSSES ARISING THEREFROM OR OCCASIONED THEREBY. NONE OF THE FOREGOING PARTIES SHALL BE LIABLE FOR ANY THIRD-PARTY CLAIMS OR LOSSES OF ANY NATURE, INCLUDING, BUT NOT LIMITED TO, LOST PROFITS, PUNITIVE OR CONSEQUENTIAL DAMAGES. **PRIOR TO THE EXECUTION OF A STOCK TRADE, SUBSCRIBERS ARE ADVISED TO CONSULT WITH YOUR BROKER OR OTHER FINANCIAL REPRESENTATIVE TO VERIFY PRICING OR OTHER INFORMATION. CNN, ITS AFFILIATES, INFORMATION PROVIDERS OR CONTENT PARTNERS SHALL HAVE NO LIABILITY FOR INVESTMENT DECISIONS BASED ON THE INFORMATION PROVIDED.** NEITHER, CNN, NOR ITS AFFILIATES, INFORMATION PROVIDERS OR CONTENT PARTNERS WARRANT OR GUARANTEE THE TIMELINESS, SEQUENCE, ACCURACY OR COMPLETENESS OF THIS INFORMATION. ADDITIONALLY, THERE ARE NO WARRANTIES AS TO THE RESULTS OBTAINED FROM THE USE OF THE INFORMATION.

## 7. Monitoring.

CNN shall have the right, but not the obligation, to monitor the content of CNN Interactive, including chat rooms and forums, to determine compliance with this Agreement and any operating rules established by CNN and to satisfy any law, regulation or authorized government request. CNN shall have the right in its sole discretion to edit, refuse to post or remove any material submitted to or posted on CNN Interactive. Without limiting the foregoing, CNN shall have the right to remove any material that CNN, in its sole discretion, finds to be in violation of the provisions hereof or otherwise objectionable.

## 8. Indemnification.

Subscriber agrees to defend, indemnify and hold harmless CNN, its affiliates and their respective directors, officers, employees and agents from and against all claims and expenses, including attorneys' fees, arising out of the use of CNN Interactive by Subscriber or Subscriber's Account.

## 9. Termination.

Either CNN or Subscriber may terminate this Agreement at any time. Without limiting the foregoing, CNN shall have the right to immediately terminate Subscriber's Account in the event of any conduct by Subscriber which CNN, in its sole discretion, considers to be unacceptable, or in the event of any breach by Subscriber of this Agreement. The provisions of Sections 5(B), 5(C), 5(D), 6, 8, 10 and this Section 9 shall survive termination of this Agreement.

## 10. Trademarks.
CNN , CNN Interactive , CNN Headline News , and CNN Learning and each of their logos are trademarks of Cable News Network LP, LLLP, a Time Warner Company. All rights reserved. All other trademarks appearing on CNN Interactive are the property of their respective owners.

## 11. Third Party Content.
CNN is a distributor (and not a publisher) of content supplied by third parties and Subscribers. Accordingly, CNN has no more editorial control over such content than does a public library, bookstore, or newsstand. Any opinions, advice, statements, services, offers, or other information or content expressed or made available by third parties, including information providers, Subscribers or any other user of CNN Interactive, are those of the respective author(s) or distributor(s) and not of CNN. Neither CNN nor any third-party provider of information guarantees the accuracy, completeness, or usefulness of any content, nor its merchantability or fitness for any particular purpose. (Refer to Section 6 above for the complete provisions governing limitation of liabilities and disclaimers of warranty.)

In many instances, the content available through CNN Interactive represents the opinions and judgments of the respective information provider, Subscriber, or other user not under contract with CNN. CNN neither endorses nor is responsible for the accuracy or reliability of any opinion, advice or statement made on CNN Interactive by anyone other than authorized CNN employee spokespersons while acting in their official capacities. Under no circumstances will CNN be liable for any loss or damage caused by a Subscriber's reliance on information obtained through CNN Interactive. It is the responsibility of Subscriber to evaluate the accuracy, completeness or usefulness of any information, opinion, advice or other content available through CNN Interactive. Please seek the advice of professionals, as appropriate, regarding the evaluation of any specific information, opinion, advice or other content.

## 12. Miscellaneous.
This Agreement and any operating rules for CNN Interactive established by CNN constitute the entire agreement of the parties with respect to the subject matter hereof, and supersede all previous written or oral agreements between the parties with respect to such subject matter. This Agreement shall be construed in accordance with the laws of the State of Georgia, without regard to its conflict of laws rules. No waiver by either party of any breach or default hereunder shall be deemed to be a waiver of any preceding or subsequent breach or default. The section headings used herein are for convenience only and shall not be given any legal import.

## 13. Copyrights and Copyright Agent.

CNN respects the rights of all copyright holders and in this regard, CNN has adopted and implemented a policy that provides for the termination in appropriate circumstances of subscribers and account holders who infringe the rights of copyright holders. If you believe that your work has been copied in a way that constitutes copyright infringement,

please provide CNN's Copyright Agent the following information required by the Online Copyright Infringement Liability Limitation Act of the Digital Millennium Copyright Act, 17 U.S.C. 512:

1. A physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed;
2. Identification of the copyright work claimed to have been infringed, or, if multiple copyrighted works at a single online site are covered by a single notification, a representative list of such works at that site;
3. Identification of the material that is claimed to be infringing or to be the subject of infringing activity and that is to be removed or access to which is to be disabled, and information reasonably sufficient to permit us to locate the material;
4. Information reasonably sufficient to permit us to contact the complaining party;
5. A statement that the complaining party has a good-faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
6. A statement that the information in the notification is accurate, and under penalty of perjury, that the complaining party is authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

For copyright inquiries under the Digital Millennium Copyright Act please contact:

Copyright Agent
One CNN Center
Box 105573
Atlanta, GA 30348
Phone: (404) 878-2276
Fax: (404) 827-1995
Email: copyrightagent@turner.com

For web posting, reprint, transcript or licensing requests for CNN material, please contact licensing.agent@turner.com

For any questions or requests other than copyright issues or licensing requests, please contact http://cnn.com/feedback.

### 14. Supplemental Terms

### Associated Press Notice

*Associated Press text, photos, graphics, audio and/or video materials shall not directly or indirectly be published, rewritten for broadcast or publication or redistributed in any*

*medium. Neither these AP materials nor any portion thereof may be stored in a computer except for personal and non-commercial use. Subscriber does not hold the AP liable for any delays, inaccuracies, errors or omissions therefrom or in the transmission or delivery of all or any part thereof or for any damage arising from any of the foregoing*